In the Matter of the Accounting of THE NATIONAL COM-
MERCIAL BANK AND TRUST COMPANY OF ALBANY, as
Executor of CHARLES LAFONTAINE, Deceased, Respondent.
HARRIET B. LAFONTAINE, Appellant.

Argued November 16, 1939; decided November 30, 1939.

*Lawrence G. Williams* and *Natalie F. Couch* for appellant. *Charles J. Herrick* for respondent.

Order affirmed, with costs to respondent payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.